■ In the Matter of MAX M. RUTTEN, Deceased. HARRY N. RUTTEN, Respondent; MABEL HANSBURY, Appellant.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's

points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.